DREW C. ENSIGN
Deputy Assistant Attorney General
SAMUEL P. GO
Assistant Director
AYSHA T. IQBAL (D.C. Bar No. 241424)
Trial Attorney
    Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 878 Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 451-7672
    Facsimile: (202) 305-7000
    E-mail: Aysha.T.Iqbal@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YE WANG,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>    Defendants. | Case No. 5:24-cv-08226 VKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>RE: Dkt. No. 10 |

    The parties, by and through their undersigned attorneys, hereby stipulate to a 14-day extension of time for Defendants' response to Plaintiff's complaint. Defendants stipulate that they will file their response, if necessary, on or before March 12, 2025.

    Plaintiff filed this mandamus action seeking adjudication of his Form I-485, Application for Adjustment of Status on November 21, 2024, and service was completed on November 26, 2024. ECF No. 1. Following the filing of the Complaint, United States Citizenship and Immigration Services ("USCIS") scheduled Plaintiff's interview for January 10, 2025, and completed the adjudication on February 21, 2025. Plaintiff is currently awaiting receipt of the physical adjudication notice and card by mail. Accordingly, the parties conferred and agreed to a second extension of time for Defendants'

response to the complaint, which is currently due on February 26, 2025. If the extension is granted, Defendants' response will be due on March 12, 2025. Though the parties anticipate this matter will be resolved without the need for further litigation, the parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. ECF No. 4. Currently, Defendants' due date to file a motion for summary judgment is April 25, 2025. ECF No. 9. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants' due date to file their motion for summary judgment be extended to May 9, 2025.

Dated: February 24, 2025

Respectfully submitted,[1]

DREW C. ENSIGN
Deputy Assistant Attorney General

SAMUEL P. GO
Assistant Director

/s/ Aysha T. Iqbal
AYSHA T IQBAL
Trial Attorney
Attorneys for Defendants

Dated: February 24, 2025

/s/ Christina S. Castro*
Christina S. Castro
Attorney for Plaintiff
*Signed with permission

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   February 25, 2025

VIRGINA K. DEMARCHI
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.